**Order entered August 14, 2015**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00648-CV

**GEORGE MAAYEH, ET AL., Appellants**

**V.**

**EFFIOM ARCHIBONG, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-05534-B**

## ORDER

We **GRANT** the August 12, 2015 motion of Lanetta Williams, Official Court Reporter for the County Court at Law No. 2, for an extension of time to file the reporter's record. The reporter's record shall be filed within **THIRTY DAYS** of the date of this order.

/s/    ELIZABETH LANG-MIERS
        JUSTICE